**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARY MIZERK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 CV 4249 |
| | ) | |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| CHICAGO CAFÉ, INC. and 309 CHICAGO, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER

This matter coming before the Court on the parties' submittal of a Consent Order, the parties being in agreement, and the Court having subject matter jurisdiction and personal jurisdiction over the parties,

IT IS HEREBY ORDERED,

1. Within 60 days after entry of this Order, Defendants shall provide curb-side service at the Dunkin' Donuts located at 309 W. Chicago Avenue, Chicago, Illinois 60654. "Curb-side service" shall include, but is not limited to, posting a sign outside the facility informing the public that curb-side service is available for disabled patrons, installing a buzzer or intercom allowing disabled patrons to contact store employees for purposes of taking and placing orders, and delivering orders to disabled patrons outside of the facility.

2. Defendants shall take all reasonable and necessary steps to implement curb-side service.

3. The remedy set forth in paragraphs 1 and 2, above, is deemed to be complete relief and a sufficient remedy under 42 U.S.C. § 12188.

4. This matter is dismissed without prejudice pending compliance with paragraph 1. Ninety (90) days after the entry of this Order, this dismissal without prejudice shall convert to a dismissal with prejudice *provided* that no party has filed a motion for relief under this Order.

Dated: Sept. 4, 2015

_____
U.S. District Judge Elaine E. Bucklo

ACCEPTED AND AGREED TO:

/s/ John L. Steele
John L. Steele
Accessibility Law Group
500 N. Michigan Avenue, Suite 600
Chicago, Illinois 60611
(312) 396-4154

/s/ Donald S. Rothschild
Donald S. Rothschild
Brian M. Dougherty
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive
Burr Ridge, Illinois 60527
(630) 655-6000